The People of the State of Illinois, Plaintiff-Appellee, *v.* John L. Boyce, Defendant-Appellant.

(No. 55976; ▓▓▓▓▓▓▓▓▓▓▓▓

First District—January 8, 1973.

Opinion by Mr. JUSTICE GOLDBERG.

Gerald W. Getty, Public Defender, of Chicago, (Saul H. Brauner, Ronald P. Katz, and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Albert A. Stroka, Assistant State's Attorneys, of counsel,) for the People.